# United States Court of Appeals for the Fifth Circuit

No. 19-40862
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 10, 2021

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Severino Rafael Gomez-Marte,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:17-CR-74-4

Before Jones, Clement, and Haynes, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Severino Rafael Gomez-Marte has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Gomez-Marte has filed a response. To the extent that

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-40862

Gomez-Marte argues that counsel rendered ineffective assistance, the record is not sufficiently developed to allow us to make a fair evaluation of these claims; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Gomez-Marte's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.